STANLEY KOSIBA, Respondent, v. THE CITY OF SYRACUSE and HYACINTH J. LUEBBERMAN, Appellants.— Motion to amend order entered November 13, 1940 [260 App. Div. 557], denied, with ten dollars costs, with leave to renew upon showing a proposed meritorious cause of action. Motion for reargument denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

SEBASTIANO PARADISO, Respondent, v. UNITED STATES GYPSUM COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of Revoking Letters Testamentary Issued to ELIZABETH S. HARTIGAN upon the Estate of THOMAS G. CRAMER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

SALVATORE MESSINA, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY BISTANY, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GEORGE PAHL, Respondent, v. ROBERT KAYSER, CHARLES F. McMENAMIN, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

## (January 17, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SARDO, HAROLD COSTELLO and PETER SCALZO, Appellants.— Judgment of conviction and order affirmed. Memorandum: We find in the record certain errors of law committed on the trial but we conclude that they did not affect the substantial rights of defendants and, therefore, affirm the conviction by virtue of section 542 of the Code of Criminal Procedure. All concur. (The judgment convicts defendants of the crimes of robbery, first degree, and grand larceny, first degree. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.